UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) SOVATH YERN, a/k/a "Stryke,"<br>(2) OWEN LANDRY, a/k/a "Oski," and<br>(3) ZACHARY HANSEN,<br><br>Defendants | Criminal No.   25cr10029<br><br>Violations:<br><br>**Count One**: Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams and More of Methamphetamine<br>(21 U.S.C. §§ 846 and 841(b)(1)(A)(viii))<br><br>**Count Two**: Distribution of and Possession with Intent to Distribute 50 Grams and More of Methamphetamine; Aiding and Abetting<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)<br><br>**Count Three**: Distribution of and Possession with Intent to Distribute 500 Grams and More of Methamphetamine<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))<br><br>**Drug Forfeiture Allegation**:<br>(21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
500 Grams and More of Methamphetamine
(21 U.S.C. §§ 846 and 841(b)(1)(A)(viii))

The Grand Jury charges:

Beginning on a date unknown to the Grand Jury, but no later than in or about November 2023, and continuing through at least in or about December 2024, in Lowell and Billerica, in the District of Massachusetts, and elsewhere, the defendants,

1

(1) SOVATH YERN, a/k/a "Stryke,"
(2) OWEN LANDRY, a/k/a "Oski," and
(3) ZACHARY HANSEN,

conspired with each other and with other persons known and unknown to the Grand Jury, to

knowingly and intentionally distribute and possess with intent to distribute a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 500 grams and more

of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.    Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) is

applicable to this Count.

It is further alleged that, with respect to Count One, 500 grams and more of a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance, were reasonably foreseeable by, and are attributable to, (1) SOVATH YERN, a/k/a

"Stryke," (2) OWEN LANDRY, a/k/a "Oski," and (3) ZACHARY HANSEN.    Accordingly,

Title 21, United States Code, Section 841(b)(1)(A)(viii) is applicable to defendants (1) SOVATH

YERN, a/k/a "Stryke," (2) OWEN LANDRY, a/k/a "Oski," and (3) ZACHARY HANSEN.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii).

<u>COUNT TWO</u>
Distribution of and Possession with Intent to Distribute
50 Grams and More of Methamphetamine; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about April 28, 2023, in Lowell, in the District of Massachusetts, the defendant,

(2) OWEN LANDRY, a/k/a "Oski,"

did knowingly and intentionally distribute and possess with intent to distribute 50 grams and

more of a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), and

Title 18, United States Code, Section 2.

<u>COUNT THREE</u>
Distribution of and Possession with Intent to Distribute
500 Grams and More of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

On or about July 2, 2024, in Lowell, in the District of Massachusetts, the defendants,

        (2) OWEN LANDRY, a/k/a "Oski," and
        (3) ZACHARY HANSEN,

did knowingly and intentionally distribute and possess with intent to distribute 500 grams and

more of a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

4

## DRUG FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

1.      Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One through Three, the defendants,

(1) SOVATH YERN, a/k/a "Stryke,"
(2) OWEN LANDRY, a/k/a "Oski," and
(3) ZACHARY HANSEN,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants --

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

5

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

FRED M. WYSHAK, III
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: January 29, 2025
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK                    01/29/2025

7